UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY SHNELL

        Plaintiff,        CIVIL NO. 09-10216

v.        HONORABLE AVERN COHN

WASHINGTON MUTUAL BANK,

        Defendant.
_____/

## ORDER SETTING STATUS CONFERENCE

A status conference in this matter was scheduled for Tuesday, February 24, 2009 at 2:00 p.m., counsel for the defendant was present and counsel for the plaintiff failed to appear and did not return a telephone call from the Court.   Therefore,

IT IS HEREBY ORDERED that the status conference in this matter is re-scheduled for **Tuesday, March 31, 2009 at 2:00 p.m.**

IT IS FURTHER ORDERED that failure of the plaintiff's counsel to appear in person will result in dismissal of the case.

SO ORDERED.

Dated:  February 24, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 24, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160